IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| E.J. HOLT, Ph.D, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 114-084 |
| | * | |
| STRAYER EDUCATION, INC. d/b/a | * | |
| Strayer University Corporation, | * | |
| d/b/a Strayer University, 1330 | * | |
| Augusta West Parkway, Augusta | * | |
| Georgia, 30909, | * | |
| | * | |
| Defendant. | * | |

O R D E R

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 23.) The parties have agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this __19th__ day of February, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA